IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

KIM D. MACK,                        )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )   No. 05-2864 Ml/V
                                    )
BEHAVIORAL SERVICES OF              )
TENNESSEE, INC., et al.,            )
                                    )
     Defendants.                    )
_____

ORDER GRANTING DEFENDANT'S MOTION TO LIMIT DAMAGES
_____

Before the Court is Defendant's Motion to Limit Damages,

filed on January 9, 2007.  Under Local Rule 7.2(a)(2) and Fed.

R. Civ. P. 6, a response to the motion was due on or before

January 24, 2007.  To date, no response has been filed.

Accordingly, and for good cause shown, the motion is GRANTED.

Compensatory and punitive damages are therefore limited to

$50,000, as required under 42 U.S.C. § 1981a(b)(3)(A).  See also

42 U.S.C. § 1981a(a)(1) (applying damages limitations to Title

VII cases).[1]

_____

    [1] The Court notes that the limitation applies only to "future
pecuniary losses, emotional pain, suffering, inconvenience, mental
anguish, loss of enjoyment of life, and other nonpecuniary losses, and
. . . punitive damages," 42 U.S.C. § 1981a(b)(3)(A), but not to
"backpay, interest on backpay, or any other type of relief authorized
under section 706(g) of the Civil Rights Act of 1964."  42 U.S.C. §
1981a(b)(2).

So ORDERED this 1st day of March, 2007.


　　　　　　　　　　　　　　　　　/s/ Jon P. McCalla
　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE